RECEIVED
IN MONROE, LA

MAR 2 7 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| ALBERT ADEFEMI | * | CIVIL ACTION NO. 05-1861 |
| VERSUS | * | JUDGE JAMES |
| ALBERTO GONZALEZ, ET AL | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 21] and Petitioner's motion to voluntarily withdraw his motion [Doc. No. 25] having been considered, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petitioner's Motion for an Emergency Stay of the Order of Deportation [Doc. No. 18] be **DISMISSED without prejudice for lack of subject matter jurisdiction.**

THUS DONE AND SIGNED this 27 day of March, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION