RECEIVED
IN MONROE, LA
JUL 2 0 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ALBERT ADEFEMI | CIVIL ACTION NO. 05-1861 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ALBERTO GONZALES, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record and the written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED that Petitioner's motion for preliminary injunction [Doc. No. 9] is DENIED.

IT IS ORDERED, ADJUDGED AND DECREED that Petitioner's Petition for Writ of Habeas Corpus [Doc. Nos. 1 & 7] is DISMISSED WITHOUT PREJUDICE.

MONROE, LOUISIANA this 20 day of July, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE